UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

VEOLIA WATER NORTH AMERICA
OPERATING SERVICES, LLC,

                **Plaintiff,**

      v.                                        1:13-CV-804
                                                      (FJS/CFH)

CITY OF SCHENECTADY,
NEW YORK,

                **Defendant.**

---

### ORDER DISMISSING ACTION BY REASON OF SETTLEMENT WITHOUT PREJUDICE

      Counsel having advised the Court that the above entitled action has been settled, or is in the process of reaching a settlement, it is unnecessary for the action to remain active on the Court's calendar. Therefore, the Court hereby

      **ORDERS** that the action is dismissed **WITHOUT PREJUDICE** and that the Court will retain jurisdiction to vacate this Order and reopen the action for good cause shown that the settlement was not consummated and that further litigation is necessary, upon a motion by any party; and the Court further

      **ORDERS** that the parties shall file, with the Court, a stipulation of discontinuance and/or a settlement agreement within 60 days from the date of this Order.

**IT IS SO ORDERED.**

Date:  August 4, 2015
         Syracuse, New York

                                              Frederick J. Scullin, Jr.
                                              Senior United States District Judge